**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA, | : | No. 229 EAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH ASSOCIATION OF | : | |
| SCHOOL ADMINISTRATORS, | : | |
| TEAMSTERS LOCAL 502, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.